# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| S. GAIL MORRIS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNICATIONS CORPORATION OF AMERICA, INC.,<br><br>    Defendant. | Civil Action No. 3:18-cv-00063-GEC |

## STIPULATION OF DISMISSAL

By agreement of the parties, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff S. Gail Morris, by counsel, voluntarily dismisses the above-styled action with prejudice.

Dated: June __, 2019

Respectfully submitted,

/s/ *Robert O. Wilson*
Robert O. Wilson (VSB 77791)
Wilson Law PLC
2 South Main Street, Suite B
Harrisonburg, Virginia 22802
Phone: (540) 430-0122
Email: robert@thewilsonlaw.com

Mitchell J. Rotbert (*pro hac vice*)
Rotbert Business Law P.C.
8937 Shady Grove Court
Gaithersburg, Maryland 20877
Phone: (240) 600-6467
Fax: (888) 913-2307
Email: mitch@rotbertlaw.com

*Counsel for Plaintiff*

/s/ *Susan Childers North*
Susan Childers North (VSB 43068)
Gordon Rees Scully Mansukhani
5425 Discovery Park Boulevard, Suite 200
Phone: (757) 903-0870
Email: snorth@grsm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on June __, 2019, I filed a true copy the foregoing through the CM/ECF system, which generated a Notice of Electronic Filing (NEF) to all counsel of record.

/s/ *Robert O. Wilson*
Robert O. Wilson